# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SPERRY ASSOCIATES FEDERAL CREDIT UNION,**

        Plaintiff,

-vs-                        Case No. 6:10-cv-1259-Orl-36DAB

**SPACE COAST CREDIT UNION, CU BUSINESS CAPITAL LLC, SMALL BUSINESS AMERICA, LLC, and SPACE COAST CREDIT UNION FINANCIAL SERVICES, INC.,**

        Defendants.

## ORDER

This cause came on for consideration without oral argument on the following motions filed herein:

| | |
|---|---|
| **MOTION:** | **DEFENDANT'S MOTION TO TAX ATTORNEY'S FEES AND COSTS (Doc. No. 101)** |
| **FILED:** | July 16, 2012 |
| **THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice. | |
| **MOTION:** | **MOTION FOR LEAVE TO REPLY (Doc. No. ~~106~~ 107)** |
| **FILED:** | August 1, 2012 |
| **THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice. | |

Final judgment has not been entered by the District Judge and several claims remain active in the litigation. *See* Doc. 103 at 3 (listing remaining Defendants and claims against them). Moreover, Sperry Associates Federal Credit Union intends to file an appeal of Judge Honeywell's

order granting summary judgment once final judgment has been entered. *See* Doc. 104. Determination of that appeal (if and when it occurs), regardless of its outcome, will greatly affect consideration of any fee motion. Any time spent analyzing the fee request at this juncture would be wasted. It does not appear that consideration of the appeal itself would be better informed if accompanied by a decision on fees. For these reasons, the motion for fees is denied without prejudice to reassertion after completion of the appellate process.

**DONE** and **ORDERED** in Orlando, Florida on August 2, 2012.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record