UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**SPERRY ASSOCIATES FEDERAL CREDIT UNION,**

      **Plaintiff,**

v.                                                                          Case No:  6:10-cv-1259-Orl-36DAB

**SPACE COAST CREDIT UNION, CU BUSINESS CAPITAL, LLC, SPACE COAST CREDIT UNION FINANCIAL SERVICES, INC.,**

      **Defendants.**

_____

**ORDER**

This cause comes before the Court on the Report and Recommendation of Magistrate Judge David A. Baker, filed on September 4, 2013. Doc. 137. In the Report and Recommendation, Magistrate Judge Baker recommends that the Court grant Plaintiff Sperry Associates Federal Credit Union's ("Sperry Associates") Motion for Default Judgment Against Defendant CU Business Capital, LLC ("Motion for Default Judgment") (Doc. 134). *Id.* Neither party has objected to the Report and Recommendation and the time to do so has expired.

On June 5, 2013, default was entered against Defendant CU Business Capital, LLC ("CU Business Capital"), pursuant to Federal Rule of Civil Procedure 55(a). Doc. 132. On August 2, 2013, Plaintiff Sperry Associates filed its Motion for Default Judgment pursuant to Federal Rule of Civil Procedure 55(b)(2), to which Defendant CU Business Capital did not respond. Doc. 134. The Court is in agreement with the Magistrate Judge's recommendation to grant the motion and its calculation of the amount owed by Defendant CU Business Capital to Plaintiff Sperry Associates. *See* Doc. 137. Therefore, after careful consideration of the Report and

Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED** and **ADJUDGED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 137) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

2. Plaintiff Sperry Associates Federal Credit Union's Motion for Default Judgment Against Defendant CU Business Capital, LLC (Doc. 134) is **GRANTED**. Plaintiff Sperry Associates is awarded damages against Defendant CU Business Capital in the amount of $4,499,360.00, plus interest at the statutory rate from July 23, 2007 to the date of judgment.[1]

3. A Final Judgment will be entered by separate order of the Court.

**DONE** and **ORDERED** in Orlando, Florida on September 25, 2013.

Charlene Edwards Honeywell
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties
United States Magistrate Judge David A. Baker

---

[1] Plaintiff Sperry Associates was directed by the Magistrate Judge in the Report and Recommendation to submit a calculation of any interest claimed within seven days. Doc. 137 at 14. Sperry Associates has not done so.

2