UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**SPERRY ASSOCIATES FEDERAL CREDIT UNION,**

      **Plaintiff,**

v.                                                              **Case No:  6:10-cv-1259-Orl-36DAB**

**SPACE COAST CREDIT UNION, CU BUSINESS CAPITAL, LLC, SPACE COAST CREDIT UNION FINANCIAL SERVICES, INC.,**

      **Defendants.**
_____/

## FINAL JUDGMENT

This matter came before the Court. The issues have been heard and decisions have been rendered. Accordingly, it is hereby

**ORDERED AND ADJUDGED**:

1. Pursuant to the Order granting summary judgment (Doc. 98), which is incorporated herein by reference, Plaintiff, Sperry Associates Federal Credit Union, takes nothing on its claims against Space Coast Credit Union and Space Coast Credit Union Financial Services, Inc. Judgment is entered in favor of Defendants Space Coast Credit Union and Space Coast Credit Union Financial Services, Inc.

2. Pursuant to the Order granting Default Judgment (Doc. 138), Plaintiff, Sperry Associates Federal Credit Union, is awarded damages against Defendant CU Business Capital, LLC, in the amount of $4,499,360.00, plus interest at the statutory rate from July 23, 2007, for which sum let execution issue.

3. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Orlando, Florida on September 27, 2013.

Charlene Edwards Honeywell
United States District Judge

Copies to:
Counsel of Record and Unrepresented Parties, if any