IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 13-14964-CC

_____

SPERRY ASSOCIATES FEDERAL CREDIT UNION,

Plaintiff-Appellant,

versus

SPACE COAST CREDIT UNION,
SPACE COAST CREDIT UNION FINANCIAL SERVICES, INC.,

Defendants-Appellees,

CU BUSINESS CAPITAL, LLC, et al.,

Defendants.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

Before: MARCUS, WILSON and JORDAN, Circuit Judges.

BY THE COURT:

Based on the materials submitted in response to our jurisdictional questions, it is apparent that the parties were not completely diverse at the time the complaint was filed because Sperry Associates Federal Credit Union is a member of CU Business Capital, LLC. *See Mallory & Evans Contractors & Eng'rs, LLC v. Tuskegee Univ.*, 663 F.3d 1304, 1305 (11th Cir. 2011). Accordingly, we VACATE the district court's judgment and REMAND with instructions to dismiss the case for lack of subject matter jurisdiction. In so doing, however, we express or

imply no opinion as to whether the district court can or should order that a dispensable

non-diverse party be dropped. *See generally Newman-Green, Inc. v. Alfonzo-Larrain*, 490 U.S.

826, 833, 109 S.Ct. 2218, 2223, 104 L.Ed.2d 893 (1989).

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

April 04, 2014

Sheryl L. Loesch
U.S. District Court
401 W CENTRAL BLVD
ORLANDO, FL 32801

Appeal Number:  13-14964-CC
Case Style:  Sperry Associates Federal Cred v. Space Coast Credit Union, et al
District Court Docket No:  6:10-cv-01259-CEH-DAB

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. See
11th Cir. R. 41-4. Counsel are advised that pursuant to 11th Cir. R. 27-2, "a motion to
reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No
additional time shall be allowed for mailing."

All pending motions are now rendered moot in light of the attached order.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Joe Caruso
Phone #: (404) 335-6177

Enclosure(s)

DIS-4 Multi-purpose dismissal letter