UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**SPERRY ASSOCIATES FEDERAL
CREDIT UNION,**

> **Plaintiff,**

**v.**                                                    Case No:  **6:10-cv-1259-Orl-36DAB**

**SPACE COAST CREDIT UNION, CU
BUSINESS CAPITAL, LLC, SPACE
COAST CREDIT UNION FINANCIAL
SERVICES, INC.,**

> **Defendants.**

_____/

# O R D E R

This matter comes before the Court pursuant to the opinion of the Eleventh Circuit Court

of Appeals, issued on April 4, 2014 (Doc. 143), which vacated the judgment at docket entry 139.

In accordance with the Eleventh Circuit's opinion, this matter is dismissed for lack of subject

matter jurisdiction.

**DONE AND ORDERED** in Orlando, Florida on April 25, 2014.

*Charlene Edwards Honeywell*

Charlene Edwards Honeywell
United States District Judge

Copies to:
Counsel of Record and Unrepresented Parties, if any